IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERNEST R. GIBSON, JR.,

    Plaintiff,

v.     Case No. 4:19cv469-MW/MAF

MAJOR J. KYSLER, et al.,

    Defendants.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 26, and has also reviewed *de novo* Plaintiff's response agreeing with the report and recommendation, ECF No. 27. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings. The Clerk shall also close the file.

**SO ORDERED on May 27, 2020.**

                                                  **s/ MARK E. WALKER**
                                                  **Chief United States District Judge**